UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  5:26-cv-01410 AB (ADS)                    Date:  April 14, 2026

Title:  *Vielman Dagoberto Lopez Reyes v. Warden Adelanto Detention Facility, et al.*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

|  Kristee Hopkins  |  None Reported  |
|:---:|:---:|
| Deputy Clerk | Court Reporter / Recorder |

Attorney(s) Present for Petitioner(s):       Attorney(s) Present for Respondent(s):
None Present                                                        None Present

**Proceedings:        (IN CHAMBERS) ORDER TO SHOW CAUSE FOR
                                FAILURE TO FILE RESPONSE TO PETITION**

Petitioner Vielman Dagoberto Lopez Reyes filed a Petition for Writ of Habeas Corpus (the "Petition"). (Dkt. No. 1.) This Court issued an Order Requiring Response to Petition. (Dkt. No. 4.) The Court ordered Respondents to respond to the Petition by April 8, 2026. (Id.) As of the date of this Order, Respondents have not filed a response to the Petition.

Respondents are **ORDERED TO SHOW CAUSE** why they have failed to file a response to the Petition **by no later than April 21, 2026**.

**IT IS SO ORDERED.**

Initials of Clerk kh