JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIELMAN DAGOBERTO LOPEZ REYES, | Case No. 5:26-cv-01410 AB (ADS) |
| Petitioner, | |
| v. | JUDGMENT |
| WARDEN ADELANTO DETENTION FACILITY, et al., | |
| Respondents. | |

Pursuant to the Order Granting Petition and Entry of Judgment Under 28 U.S.C. § 2241, it is adjudged that the unopposed Petition is granted.

Dated:  May 5, 2026

_____
THE HONORABLE ANDRÉ BIROTTE JR.
United States District Judge